UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**AMERICA MELO** et al**.**,

                Plaintiffs,

- against -

**WASHINGTON HEIGHTS WIRELESS, INC.** et al.,

                Defendants.

-----------------------------------------------------------------X

Civil Action No. 1:21-cv-08335-JPO

**JUDGMENT**

## **JUDGMENT**

On February 7, 2023, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, have judgment against all Defendants, jointly and severally, in the amount of Two-Hundred Thousand Dollars and No Cents ($200,000.00), which is inclusive of attorneys' fees and costs. The Clerk of the Court is thus directed to close this case.

SO ORDERED.

Dated: February 8, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge